AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
P.M. 2:47 MAR 28, 2023

U.S. MARSHALS SERVICE
COLUMBIA, SOUTH CAROLINA

United States of America
v.

CHRISTOPHER BROWN
 a/k/a " Seize"
 a/k/a " C's"
*Defendant*

Case No. __4:23cr202

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER BROWN, a/k/a "Seize", a/k/a "C's"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), 846, 853, 888
Title 28, United States Code, Section 2461(c)

Date: 03/28/2023

s/Sharon Welch Meyer
Deputy Clerk   *Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT

City and state: Florence, South Carolina

*Printed name and title*

### Return

This warrant was received on *(date)* MAR 28, 2023, and the person was arrested on *(date)* April 10, 2023
at *(city and state)* Florence, SC.

Date: 4/10/2023

FBI, S/A James Cavanaugh
*Arresting officer's signature*

By Y West, AAO
*Printed name and title*

USCA4